SPRINGFIELD L. I. CEMETERY SOCIETY, Respondent, *v.* LOUIS HERMAN et al., Appellants.

*Springfield L. I. Cemetery Society* v. *Herman,* 177 App. Div. 895, affirmed.

(Argued April 17, 1919; decided May 2, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 7, 1917, modifying and affirming as modified a judgment in favor of plaintiff entered upon the report of a referee in an action for trespass. The defense was right of way.

*Howard G. Wilson* and *John C. Wait* for appellants.

*Lynn C. Norris* and *Arthur P. Hilton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ.